ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Brigham M. Cheney (State Bar No. 238219)
    BCheney@aalrr.com
Dan J. Bulfer (State Bar No. 280046)
    DBulfer@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

Attorneys for Defendant Nissin Foods (U.S.A.) Company, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMA CASTREJON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NISSIN FOODS (U.S.A.) COMPANY, INC.; CATHERINE RODRIGUEZ; JON FLORES; and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-316<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(A) (FEDERAL QUESTION)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

NOTICE IS HEREBY that Defendant Nissin Foods (U.S.A.) Company, Inc. ("Nissin") hereby removes to this Court the state court action described below.

1. On November 27, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Norma Castrejon v. Nissin Foods (U.S.A.) Company, Inc., et al.*, and designated as Case No. 19TRCV01072 ("State Court Action"). A copy of Plaintiff Norma Castrejon's Complaint in the State Court Action is attached hereto as **Exhibit 1**.

2. The date on which Nissin first received a copy of the aforesaid Complaint was December 11, 2019, when Nissin was served with a copy of said Complaint and received a summons from the state court. A copy of the summons is

attached hereto as **Exhibit 2**.

3. This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises in whole or in part under federal law, to wit, the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 206, 207, and 216, as amended. *See* Complaint, ¶¶ 66-70 and caption.

4. Nissin is the only defendant who has been served with the aforesaid summons and Complaint. Defendants Catherine Rodriguez and Jon Flores ("Individual Defendants") have not been served in the State Court Action as of this date. Therefore, the Individual Defendants need not join in this Notice of Removal because they have not been properly served in the State Court Action at the time of removal. *Destfino v. Reiswig*, 630 F3d 952, 955 (9th Cir. 2011); *Salveson v. Western States Bankcard Ass'n.*, 731 F.2d 1423, 1429 (9th Cir.1984) (noting "a party not served need not be joined" in a notice of removal); *Gossmeyer v. McDonald*, 128 F3d 481, 489 (7th Cir. 1997) (defendant who has been served with a state court action need not seek out and notify codefendants who have not yet been served to ask them to join in the removal).

Dated: January 10, 2020        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Brigham M. Cheney
Dan J. Bulfer
Attorneys for Defendant Nissin Foods (U.S.A.) Company, Inc.